PATRICK J. ASCIONE (USB #6469)
**ASCIONE & ASSOCIATES, LLC**
4692 North 300 West, Suite 220
Provo, Utah 84604
Telephone: (801) 854-1200
Fax: (801) 854-1201
Email: patrick@ana-law.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ARNSON, et. al.,<br><br>    Plaintiffs,<br><br>        vs.<br><br>MY INVESTING PLACE, et. al.,<br><br>    Defendants. | **ORDER ON MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:12-cv-00865-RJS-EJF |

Based on the Motion for Dismissal with Prejudice and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. The Court hereby dismisses all remaining litigation between Plaintiffs Sarah Arnson, Casey Bilbro, Carol Bilbro, Stephen Hadlock, and Althea Emery; and Defendants, in this case with prejudice.

DATED this 2nd day of January, 2014.

                                        BY THE COURT:

                                        _____
                                        ROBERT J. SHELBY
                                        United States District Judge