IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ARNSON, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> MY INVESTING PLACE, et. al., <br><br><br> Defendants. | **ORDER** <br><br> Case No. 2:12-cv-00865-RJS <br><br> Judge Robert J. Shelby |

On July 15, 2014, pursuant to DUCivR 41-2, the court ordered Plaintiffs to show cause why this case should not be dismissed for failure to prosecute. (Dkt. 89.) The court granted Plaintiffs fourteen days from the date of that Order to Show Cause to respond, and informed the Plaintiffs that failure to do so would result in dismissal of the case without prejudice.

Having failed to respond within the prescribed time, the court DISMISSES the case without prejudice. The court orders the Clerk of Court to close the case.

SO ORDERED this 4th day of August, 2014.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge